PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rasheed Saleem                                    Cr.: 01-CR-00734-01

Name of Sentencing Judicial Officer: The Honorable Harold A. Ackerman, Sr. U.S.D.J.

Date of Original Sentence: 07/15/03

Original Offense: Knowingly and With Intent to Defraud by Attempt to Use a Counterfeit Credit Card

Original Sentence: Twelve (12) months custody; Two(2) years supervised release.

Type of Supervision: Supervised Release                    Date Supervision Commenced: 09/01/04

Assistant U.S. Attorney: Robert Holmson                              Defense Attorney: Craig Weis

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'  On December 8, 2005, the offender was arrested by the Hudson County Prosecutor's Office, and charged with the law violations of identity theft/wrongful impersonation, credit card fraud, forgery, conspiracy to commit theft by deception and/or identity theft, two (2) counts theft by deception, unlawful possession of a weapon, possession of a weapon for an unlawful purpose, and for being a certain person not to have a weapon. |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 04/19/06

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

April 21, 06
Date